**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01491-MDB

ALI GHAHREMANPOUR,

      Applicant,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
U.S. DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES ATTORNEY GENERAL,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE MARITZA DOMINGUEZ BRASWELL

      This case has been directly assigned to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4),

      IT IS ORDERED that the parties shall complete and file the Consent/Non-Consent Form (ECF No. 5), copies of which have been issued to the parties, indicating either the unanimous consent of the parties or that consent has been declined, on or before 30 days of the date of this minute order.

Dated:   April 13, 2026